**Opinion filed July 30, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00226-CV
_____

## IN RE SUE SIMMONS WHITE, INDIVIDUALLY, AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF CHARLES FRANKLIN WHITE, DECEASED; BUNNETTE AND BEAR LLC; AND SHANNON SUZANNE HARVEY RUSSELL

**Original Mandamus Proceeding**

**M E M O R A N D U M   O P I N I O N**

This mandamus proceeding arises out of a lawsuit against Sue Simmons White, who was named by Charles Franklin White as the independent executor of his estate. The parties have filed a Joint Motion for Voluntary Dismissal in this court because they have reached a settlement agreement and resolved the disputes below. In the motion, the parties request that we (1) vacate our Second Amended Order, which restrained the parties' actions on property in the dispute, (2) lift the stay order previously issued in this cause, and (3) dismiss the mandamus proceeding.

We grant the parties' joint motion.  We vacate the Second Amended Order issued on September 18, 2025, and we dismiss this mandamus proceeding.  The stay previously issued in this cause is dissolved.  *See* TEX. R. APP. P. 52.10(b).  Relators' Motion to Expunge Lis Pendens is dismissed as moot.


JOHN M. BAILEY

CHIEF JUSTICE


July 30, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.